522 A.2d 553

In re ROSS TOWNSHIP ELECTION DISTRICT REAPPOR-
TIONMENT, Lori Heiser, William Gibson, Pauline Gibson,
Gene Kazmier, Janet Gaylor, Paul Talbott, Mary Ellen Fallon,
Karen Fallon, Lois Waddell, Harry Leas, Frank Straw, Phyl-
lis Straw, Robert Williams, Lon Grant, Peggy Grant, Mary
Ellen Ploeger, Kenneth Pinnon, Yvonne Pinnon, Walter Brea-
thaver and Martha Breathaver, Intervenors.

Appeal of ROSS TOWNSHIP
REAPPORTIONMENT COMMISSION.

Supreme Court of Pennsylvania.

Argued March 9, 1987.
Decided March 23, 1987.

Clifford B. Levine, David G. Ries, Thorp, Reed & Armstrong, Pittsburgh, for appellant.

Robert L. Byer, Eckert, Seamans, Cherin & Mellott, Pittsburgh, for intervenors.

William W. Milnes, Brandt, Milnes & Rea, Pittsburgh, for Ross Tp.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

Order affirmed.

PAPADAKOS, J., did not participate in the consideration or decision of this case.

ZAPPALA, J., dissents.